**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Empire Stat Group, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8546698** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **40 Exchange Place Suite 1413 New York, NY 10005** Number, Street, City, State & ZIP Code | **P.O. Box 801 Bedford, NY 10506-0801** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.empirestat.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Empire Stat Group, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5242_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

Debtor    **Empire Stat Group, LLC**                                    Case number *(if known)* _____
      Name

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                             Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.   Insurance agency _____

              Contact name _____

              Phone _____

---

■   **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Empire Stat Group, LLC**                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Empire Stat Group, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 29, 2021**
MM / DD / YYYY

**X** **/s/ Joseph La Barbera**        **Joseph La Barbera**
Signature of authorized representative of debtor        Printed name

Title _____

**18. Signature of attorney**

**X** **/s/ Gregory M. Messer**        Date **October 29, 2021**
Signature of attorney for debtor        MM / DD / YYYY

**Gregory M. Messer 7539**
Printed name

**Law Office of Gregory Messer**
Firm name

**26 Court Street**
**Suite 2400**
**Brooklyn, NY 11242**
Number, Street, City, State & ZIP Code

Contact phone **718 858-1474**      Email address **gmesser@messer-law.com**

**7539 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Empire Stat Group, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 29, 2021**      X */s/ Joseph La Barbera*
_____
Signature of individual signing on behalf of debtor

**Joseph La Barbera**
_____
Printed name

_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Empire Stat Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................    $     **1,819,377.86**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................    $     **1,819,377.86**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$     **2,251,800.92**

4.  Total liabilities ......................................................................................................
    Lines 2 + 3a + 3b    $     **2,251,800.92**

**Fill in this information to identify the case:**

Debtor name     **Empire Stat Group, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  **JP Morgan Chase Bank** | **Checking** | **3561** | **$16,307.86** |
| **Lincoln Financial** **Debtor maintains a 401K plan for its employees.** 3.2.  **Last 4 digits of Account# H1VY** | **401K Plan** | **H1V** | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                          **$16,307.86**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1.  **40 Exchange Place security deposit held by GFP Real Estate, LLC** | | **$46,704.00** |

| Debtor | **Empire Stat Group, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.** $46,704.00

   Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Sophos XG 310 Networking Equipment** | Unknown | | $3,000.00 |
| **HPE Office Connect 1950 Series Switch JH295A Networking Equipment** | Unknown | | $200.00 |
| **Unifi Network USW 48** | Unknown | | $1,000.00 |
| **Juniper SRX340 Networking Equipment** | Unknown | | $600.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Empire Stat Group, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| **Dell T440 Server**<br>**Networking Equipment** | **Unknown** | | **$4,000.00** |
|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.
                     **$8,800.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Pitney Bowes Postage Equipment**
**This equipment is leased by the Debtor.**
**The Debtor has offered to return this equipment**
**but Pitney Bowes will not take it back until they receive payment for the money owed by the Debtor.**

| | **Unknown** | | **Unknown** |
|---|---|---|---|

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.
                     **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Stat Group, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Cyber Insurance Claim**<br>**Debtor maintains a 2 million dollar insurance policy with Coalition Insurance.**<br>**This insurance covers an interruption in business operations**<br>**Part of the debtor's claim is undisputed with respect to the time when the Debtor's computers were restored and were working again.** | **$447,566.00** |
| | **Potential claim for remainder of 2 million dollar policy with Coalition Insurance**<br>**The business operation of Empire Stat was interrupted due to a cyberattack**<br>**Debtor is seeking a claim for business interruption insurance**<br>**Part of the claim is disputed and the amount of the claim that is disputed is $1,300,000** | **$1,300,000.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **Empire Stat Group, LLC**                                    Case number *(If known)* _____
        Name

78.    **Total of Part 11.**                                                    | $1,747,566.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **Empire Stat Group, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $16,307.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $46,704.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,747,566.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,819,377.86 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,819,377.86 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Empire Stat Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

     ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Empire Stat Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**40 X OWNER LLC**<br>**PO BOX 432**<br>**Emerson, NJ 07630**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Debt is owed to the Landlord__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $108,864.60 |
| **3.2** Nonpriority creditor's name and mailing address<br>**ADVANCED REHABILITATION MED**<br>**1496 CEDAR ROW**<br>**Lakewood, NJ 08701-1514**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Debt owed to IME Provider__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,625.00 |
| **3.3** Nonpriority creditor's name and mailing address<br>**ALBERT TSE, MD**<br>**69 BAY AVE, UNIT C**<br>**Huntington, NY 11743**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Debt is owed to IME Provider__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $11,835.00 |
| **3.4** Nonpriority creditor's name and mailing address<br>**ALEXA WEITZMAN,MS,LAC**<br>**69-10 YELLOWSTONE BLVD #608**<br>**Forest Hills, NY 11375**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Debt owed to IME Provider__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $995.00 |

| Debtor | Empire Stat Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,495.00**

ALEXA WEITZMAN,MS,LAC
69-10 YELLOWSTONE BLVD #608
Forest Hills, NY 11375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt owed to IME Provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69,300.00**

ANTHONY SPATARO, MD, PC
1 WASHHOLLOW RD.
Oyster Bay, NY 11771

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt is owed to IME Provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$520.00**

BENJAMIN NACHAMIE
1175 YORK AVENUE, APT 7D
New York, NY 10065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt owed to IME Provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,130.50**

BUFFYBLUE PRODUCTIONS INC
14 ARIELLE LANE
Staten Island, NY 10314

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt owed for work done by typist__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,810.00**

CARLYO INC.
320 EAST 53RD STREET # 5A
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt owed to IME Provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,400.00**

CARLYO INC.
320 EAST 53RD STREET # 5A
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt is owed to an IME Provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,645.00**

CHANDRA M. SHARMA,MD
1333-A  NORTH AVENUE #714
New Rochelle, NY 10804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt is owed to an IME Provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Empire Stat Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

CHIROPRACTIC ASSOC OF
BRIDGEPORT LLC
4444 MAIN STREET
Bridgeport, CT 06606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Debt owed to IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00**

COREY A. STEIN,DC PC
561 PATTEN AVENUE
Oceanside, NY 11572

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Debt is owed to IME provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,743.00**

CSI TRANSCRIPTION INC
2053 GLENARDEN PATH
The Villages, FL 32163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Debt owed for work done by typist

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,265.00**

DANA MANNOR,MD
607 PARK AVENUE
New York, NY 10065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Debt is owed to IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.00**

DANIEL NEWMAN,DC
15 WINCHESTER DRIVE
Monroe, NY 10950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Debt owed to IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,595.00**

DANIEL SPOSTA, DC
54-44 LITTLE NECK PKWAY
Little Neck, NY 11362

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Debt owed to IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00**

DANIEL SPOSTA, DC
54-44 LITTLE NECK PKWAY
Little Neck, NY 11362

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Debt is owed to IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Empire Stat Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

DAVID KARTZMAN,DC
75 WEST PULTENEY STREET
Corning, NY 14830

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt is owed to IME Provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,105.00**

DIANA VALCICH,MD
35 KNIGHTSBRIDGE ROAD  APT.2D
Great Neck, NY 11021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt owed to IME Provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,565.00**

DOMINICK F. GAROFALO, DC,PC
1807 BOTSFORD DRIVE
Knoxville, TN 37922

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt owed to IME Provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00**

DR. JEFFREY H. YORMAK, MD, FAA
9 ROUND HILL PLACE
Chappaqua, NY 10514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt owed to IME Provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$194,050.00**

DR.RAJ KRISHNAN
264-42 60TH AVENUE
Little Neck, NY 11362

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt is owed to IME Provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$910.00**

DR.RONALD MANN,PC
73 FANCHER ROAD
Yorktown Heights, NY 10598

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt is owed to an IME Provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,300.00**

DUDICK CHIROPRACTIC
377 ROUTE 146
Clifton Park, NY 12065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt owed to IME Provider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Empire Stat Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.26**

**Nonpriority creditor's name and mailing address**

**DUDICK CHIROPRACTIC**
**377 ROUTE 146**
**Clifton Park, NY 12065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Debt owed to IME Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**EILEEN HUFSMITH, SOLE PROPRIET**
**P.O BOX 814**
**East Islip, NY 11730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Debt owed for work done by typist**

Is the claim subject to offset? ■ No ☐ Yes

**$5,388.50**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**EMILIE CHAVEZ**
**8241 JACKSONTOWN ROAD**
**Heath, OH 43056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Debt owed for work done by typist**

Is the claim subject to offset? ■ No ☐ Yes

**$1,502.50**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**ENAR ASSOCIATES INC**
**6800 EAST GENESEE STREET**
**Fayetteville, NY 13066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Debt owed to IME Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$32,625.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**ERIC LITTMAN, DC**
**2 WINGED FOOT DRIVE**
**Livingston, NJ 07039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Debt owed to IME Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$8,185.00**

---

**3.31**

**Nonpriority creditor's name and mailing address**

**ERIC LITTMAN, DC**
**2 WINGED FOOT DRIVE**
**Livingston, NJ 07039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Debt is owed to an IME Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$22,170.00**

---

**3.32**

**Nonpriority creditor's name and mailing address**

**EXPERT MEDICAL EVALUATIONS PC**
**DR. ALAN FRIEDMAN**
**380 HEMPSTEAD AVENUE SUITE 3**
**West Hempstead, NY 11552**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Debt owed to IME Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$17,200.00**

---

| Debtor | Empire Stat Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**FERRANTE CHIROPRACTIC PC**<br>**67 DAWES AVE**<br>**Lynbrook, NY 11563** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,805.00** |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | **Basis for the claim:** __Debt owed to IME Provider__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**FRANKLIN PORTER, PHD**<br>**5 W. 86th STREET, STE 3A**<br>**New York, NY 10024** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,375.00** |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | **Basis for the claim:** __Debt is owed to IME Provider__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**GARY FLORIO, MD**<br>**124 WEST 72ND STREET #6C**<br>**New York, NY 10023** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$147,810.00** |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | **Basis for the claim:** __Debt is owed to IME Provider__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**GENTE**<br>**122 PARISH DRIVE**<br>**Wayne, NJ 07470** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$600.00** |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | **Basis for the claim:** __Debt owed for Office Utility__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**GERALD SILVERMAN,DC**<br>**523 TOWNLINE ROAD,STE 7**<br>**Hauppauge, NY 11788** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,835.00** |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | **Basis for the claim:** __Debt owed to IME Provider__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**GERALD SILVERMAN,DC**<br>**523 TOWNLINE ROAD,STE 7**<br>**Hauppauge, NY 11788** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,890.00** |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | **Basis for the claim:** __Debt is owed to an IME Provider__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**GISA INC**<br>**17 BELLEAU AVE**<br>**Madison, NJ 07940** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,350.00** |
| | Date(s) debt was incurred __ <br>Last 4 digits of account number __ | **Basis for the claim:** __Debt owed for Office Utility__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Empire Stat Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125,437.50**

GISA INC
17 BELLEAU AVE
Madison, NJ 07940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Debt is owed for office utility

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,615.00**

GLENN SELIGER, MD
38 CRAGMERE OVAL
New City, NY 10956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Debt owed to IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,745.00**

GLENN SELIGER, MD
38 CRAGMERE OVAL
New City, NY 10956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Debt owed to IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$585.00**

GLOBAL CHIROPRACTIC PLLC
510 HEMPSTEAD TPKE STE 208
West Hempstead, NY 11552

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Debt owed to IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,140.00**

HENRY PARTRIDGE, MD
3 SUMMERWIND DRIVE
Glen Head, NY 11545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Debt is owed to an IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,073.20**

HOWARD KIERNAN, MD.
1661 OLD COUNTRY ROAD #570
Riverhead, NY 11901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Debt owed to IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,365.00**

HOWARD KIERNAN, MD.
1661 OLD COUNTRY ROAD #570
Riverhead, NY 11901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Debt owed to IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Empire Stat Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** Nonpriority creditor's name and mailing address
HOWARD KIERNAN, MD.
1661 OLD COUNTRY ROAD #570
Riverhead, NY 11901

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt is owed to an IME Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,555.00**

---

**3.48** Nonpriority creditor's name and mailing address
IMEC
111 RIVERSIDE DRIVE
Carthage, NY 13619

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt owed to IME Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,275.00**

---

**3.49** Nonpriority creditor's name and mailing address
IMEC
111 RIVERSIDE DRIVE
Carthage, NY 13619

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt is owed to an IME Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$28,050.00**

---

**3.50** Nonpriority creditor's name and mailing address
INDEPENDENT EXAMINATION ASSOC,
240 REDTAIL ROAD, SUITE 9
Orchard Park, NY 14127

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt owed to IME Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,200.00**

---

**3.51** Nonpriority creditor's name and mailing address
INDEPENDENT EXAMINATION ASSOC.
LLC
240 REDTAIL ROAD, SUITE 9
Orchard Park, NY 14127

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt is owed to IME Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,475.00**

---

**3.52** Nonpriority creditor's name and mailing address
INTEGRATED MEDICAL REFERRALS
585 STEWARD AVE
SUITE 310
Garden City, NY 11530

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt is owed to IME provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,150.00**

---

**3.53** Nonpriority creditor's name and mailing address
JAMES B.SARNO,MD
600 FRANKLIN AVENUE #174
Garden City, NY 11530

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt owed to IME Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$225.00**

---

| Debtor | Empire Stat Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00**

JOHN F. WALLER, MD
333 EAST 56TH STREET
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Debt owed to IME Provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

JOHN F. WALLER, MD
333 EAST 56TH STREET
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Debt is owed to IME provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

JOHN M. KEENAN, DC
718 LERAY STREET
Watertown, NY 13601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Debt is owed to IME Provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00**

KBL CLEANING INC
1510 CASTLEHILL AVE
SUITE 371
Bronx, NY 10462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Debt owed for Office Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$127,770.00**

KEVIN CURLEY, MD
66 KINGSBURY RD
Garden City, NY 11530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Debt owed to IME Provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,860.00**

LONG ISLAND PHYSICAL MED
&REHAB PC
575 UNDERHILL BLVD  SUITE 130
Syosset, NY 11791

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Debt is owed to IME provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,032.95**

MANAGED OUTSOURCE SOLUTIONS
8596 EAST 101st ST-STE H
ATTN: ACCTS RECEIVABLE
Tulsa, OK 74133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Debt owed for Office Utility**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Empire Stat Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,600.00** |
|---|---|---|---|

**MICHAEL DAVID LEVIN**
**708 GREENWICH STREET**
**APT 1A**
**New York, NY 10014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt is owed to an IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,555.00** |
|---|---|---|---|

**MICHAEL R. SILVER, DC,PC**
**159-03 78TH STREET**
**Howard Beach, NY 11414-0227**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt owed to IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,005.00** |
|---|---|---|---|

**MICHAEL R. SILVER, DC,PC**
**159-03 78TH STREET**
**Howard Beach, NY 11414-0227**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt owed to IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,015.00** |
|---|---|---|---|

**MICHELE CORSI  SOLE PROPRIETOR**
**96 GREGORY DRIVE**
**Newark, OH 43055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt owed for work done by typist**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,080.00** |
|---|---|---|---|

**MITCHELL EHRLICH, MD,F.A.A.P.M**
**207 HALLOCK ROAD**
**SUITE 210**
**Stony Brook, NY 11790**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt owed to IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,095.00** |
|---|---|---|---|

**MITCHELL EHRLICH, MD,F.A.A.P.M**
**207 HALLOCK ROAD**
**SUITE 210**
**Stony Brook, NY 11790**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt owed to IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$919.79** |
|---|---|---|---|

**NATIONAL GRID**
**PO BOX 11741**
**Newark, NJ 07101-9839**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt is for Office utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Empire Stat Group, LLC**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **NYC Dept. of Buildings** **Oath mail unit** **66 John Street  10th Floor** **New York, NY 10038** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **This debt arose from a violation that Empire Stat received from the NYC Department of Buildings because some office space that was subleased was not up to health code 3:07** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$655.33** |
|---|---|---|---|
| | **OPTUM360** **PO BOX 88050** **Chicago, IL 60680-1050** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Debt owed for Office utility** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00** |
|---|---|---|---|
| | **ORION** **333 THORNHALL STREET** **ACCTS RECEIVABLE DEPT** **Edison, NJ 08837** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Debt owed for Office Utility** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,375.00** |
|---|---|---|---|
| | **PAUL G. JONES MD,PC** **427 BROADWAY-STE#5** **Monticello, NY 12701** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Debt owed to IME Provider** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,950.00** |
|---|---|---|---|
| | **PAUL G. JONES MD,PC** **427 BROADWAY-STE#5** **Monticello, NY 12701** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Debt owed to IME Provider** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,250.00** |
|---|---|---|---|
| | **PAUL MILLER, DC** **258 MAIN AVENUE** **Norwalk, CT 06851** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Debt owed to IME Provider** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$750.00** |
|---|---|---|---|
| | **PAUL MILLER, DC** **258 MAIN AVENUE** **Norwalk, CT 06851** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  **Debt is owed to IME Provider** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Empire Stat Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,170.00** |
|---|---|---|---|

**PHILIP CILIO, DC**
**967 NEW BRIDGE ROAD**
**Bellmore, NY 11710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Debt owed to IME Provider**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,340.00** |
|---|---|---|---|

**PHILIP CILIO, DC**
**967 NEW BRIDGE ROAD**
**Bellmore, NY 11710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Debt owed to IME Provider**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,745.00** |
|---|---|---|---|

**PHILIP CILIO, DC**
**967 NEW BRIDGE ROAD**
**Bellmore, NY 11710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Debt owed to IME Provider**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,785.00** |
|---|---|---|---|

**PHILIP CILIO, DC**
**967 NEW BRIDGE ROAD**
**Bellmore, NY 11710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Debt owed to IME Provider**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42,090.00** |
|---|---|---|---|

**PIERCE J. FERRITER,MD,PLLC**
**1421 THIRD AVENUE  5TH FLOOR**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Debt owed to IME Provider**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,390.00** |
|---|---|---|---|

**PIERCE J. FERRITER,MD,PLLC**
**1421 THIRD AVENUE  5TH FLOOR**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Debt owed to IME Provider**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,100.00** |
|---|---|---|---|

**PIERCE J. FERRITER,MD,PLLC**
**1421 THIRD AVENUE  5TH FLOOR**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Debt owed to IME Provider**

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **Empire Stat Group, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,315.00** |
| --- | --- | --- | --- |

**PIERCE J. FERRITER,MD,PLLC**
**1421 THIRD AVENUE  5TH FLOOR**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Debt owed to IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,080.00** |
| --- | --- | --- | --- |

**PIERCE J. FERRITER,MD,PLLC**
**1421 THIRD AVENUE  5TH FLOOR**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Debt is owed to IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,810.06** |
| --- | --- | --- | --- |

**PITNEY BOWES GLOBAL FINANCIAL**
**PO BOX 371887**
**Pittsburgh, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Debt owed for office utility

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,080.00** |
| --- | --- | --- | --- |

**PREVENT-A-STRESS CHIROPRACTIC**
**300 ROSE LANE**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Debt owed to IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,425.00** |
| --- | --- | --- | --- |

**PREVENT-A-STRESS CHIROPRACTIC**
**300 ROSE LANE**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Debt owed to IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49,925.00** |
| --- | --- | --- | --- |

**PRO REHAB & SPORTS MEDICINE,PC**
**66 BARBARA STREET**
**Bethpage, NY 11714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Debt is owed to an IME Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,615.90** |
| --- | --- | --- | --- |

**PURCHASE POWER**
**PO BOX 371874**
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Debt is owed for office utility

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Empire Stat Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,810.00**

RACHEL SAPERSTEIN, LAC, PC.
47 PEARWOOD DRIVE
Huntington Station, NY 11746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt owed to IME Provider

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,180.00**

RACHEL SAPERSTEIN, LAC, PC.
47 PEARWOOD DRIVE
Huntington Station, NY 11746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt owed to IME Provider

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,625.00**

RALPH K. DELLA RATTA MD, FACP
6 ROCKLYN COURT
Huntington, NY 11743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt owed to IME Provider

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,270.00**

RASHMI C.SHETH PHYSICIAN PC
1 HARBOR SQUARE  APT. #309
Ossining, NY 10562

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt owed to IME Provider

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,309.46**

REXNDOX OUTSOURCE SOLUTIONS, L
PLOT NO 24, PADMAVATHY NAGAR
EXTNKATHIRVEDU        India
CHENNAI, TAMIL NADU, 600099

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt is owed for office utility

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,090.00**

ROBIN FELTS, SOLE PROPRIETOR
680 NORTH 21ST STREET
Newark, OH 43055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt owed for work done by typist

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,530.00**

RONALD CSILLAG, DC
34-38 BELL BLVD
SUITE 401
Little Neck, NY 11362

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Debt owed to IME Provider

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Empire Stat Group, LLC** _____    Case number (if known) _____
          Name

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,805.00 |
|---|---|---|---|

**RONALD CSILLAG, DC**
**34-38 BELL BLVD**
**SUITE 401**
**Little Neck, NY 11362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt owed to IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,530.00 |
|---|---|---|---|

**RONALD CSILLAG, DC**
**34-38 BELL BLVD**
**SUITE 401**
**Little Neck, NY 11362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt owed to IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**RUTH VITAGLIONE,DC**
**22 SOUTH STREET**
**Manorville, NY 11949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt is owed to IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**SEAN HIGGINS, DC**
**240 RED TAIL ROAD, STE #9**
**Orchard Park, NY 14127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt owed to IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,150.00 |
|---|---|---|---|

**SEAN HIGGINS, DC**
**240 RED TAIL ROAD, STE #9**
**Orchard Park, NY 14127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt is owed to an IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,083.33 |
|---|---|---|---|

**SECURE SHRED**
**55 TOLEDO STREET**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt owed for Office Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**SHELDON HERSH, MD**
**110-11 72 AVE**
**Forest Hills, NY 11375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt is owed to IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Empire Stat Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.103**

**Nonpriority creditor's name and mailing address**

SPINOUS
175 MEMORIAL HWY  SUITE #1-5
New Rochelle, NY 10801

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt owed to IME Provider

Is the claim subject to offset? ☒ No  ☐ Yes

**$360.00**

---

**3.104**

**Nonpriority creditor's name and mailing address**

SQUARE INVESTMENTS LLC
424 EAST CENTRAL BLVD, #706
Orlando, FL 32801

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt owed to an IME Provider

Is the claim subject to offset? ☒ No  ☐ Yes

**$13,800.00**

---

**3.105**

**Nonpriority creditor's name and mailing address**

SQUARE INVESTMENTS LLC
424 EAST CENTRAL BLVD, #706
Orlando, FL 32801

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt owed to IME Provider

Is the claim subject to offset? ☒ No  ☐ Yes

**$8,400.00**

---

**3.106**

**Nonpriority creditor's name and mailing address**

SQUARE INVESTMENTS LLC
424 EAST CENTRAL BLVD, #706
Orlando, FL 32801

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt is owed to IME Provider

Is the claim subject to offset? ☒ No  ☐ Yes

**$11,800.00**

---

**3.107**

**Nonpriority creditor's name and mailing address**

STERLING HEALTHCARE SERVICES
LLC
PO BOX 472
Prospect, KY 40059

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt owed to IME Provider

Is the claim subject to offset? ☒ No  ☐ Yes

**$16,206.00**

---

**3.108**

**Nonpriority creditor's name and mailing address**

STERLING HEALTHCARE SERVICES
LLC
PO BOX 472
Prospect, KY 40059

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt owed to IME Provider

Is the claim subject to offset? ☒ No  ☐ Yes

**$25,000.00**

---

**3.109**

**Nonpriority creditor's name and mailing address**

STERLING HEALTHCARE SERVICES
LLC
PO BOX 472
Prospect, KY 40059

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Debt owed to IME Provider

Is the claim subject to offset? ☒ No  ☐ Yes

**$12,843.00**

---

| Debtor | Empire Stat Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.110**

**Nonpriority creditor's name and mailing address**
**STERLING HEALTHCARE SERVICES LLC**
**PO BOX 472**
**Prospect, KY 40059**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Debt is owed for office utility**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,700.00**

---

**3.111**

**Nonpriority creditor's name and mailing address**
**SUPERIOR TRANSCRIBING SERVICE**
**2950 AVENUE S**
**Brooklyn, NY 11229**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Debt owed for work done by typist**

Is the claim subject to offset? ■ No  ☐ Yes

**$34,050.20**

---

**3.112**

**Nonpriority creditor's name and mailing address**
**SYNERGY PAIN INSTITUTE, LLC**
**CHASE BY MAIL-ACCT 238872250**
**P.O. BOX 6185**
**Westerville, OH 43086-6185**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Debt owed to IME Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$130.00**

---

**3.113**

**Nonpriority creditor's name and mailing address**
**SYNERGY PAIN INSTITUTE, LLC**
**CHASE BY MAIL-ACCT 238872250**
**P.O. BOX 6185**
**Westerville, OH 43086-6185**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Debt owed to IME Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,330.00**

---

**3.114**

**Nonpriority creditor's name and mailing address**
**SYNERGY PAIN INSTITUTE, LLC**
**CHASE BY MAIL-ACCT 238872250**
**P.O. BOX 6185**
**Westerville, OH 43086-6185**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Debt owed to IME Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,055.00**

---

**3.115**

**Nonpriority creditor's name and mailing address**
**SYNERGY PAIN INSTITUTE, LLC**
**CHASE BY MAIL-ACCT 238872250**
**P.O. BOX 6185**
**Westerville, OH 43086-6185**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Debt owed to IME Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,910.00**

---

**3.116**

**Nonpriority creditor's name and mailing address**
**TEAM REHAB PC**
**22 EAGLE ROAD**
**Danbury, CT 06810**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Debt owed to IME Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,775.00**

---

Debtor   **Empire Stat Group, LLC**                                    Case number *(if known)* _____
           Name

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,320.00** |
|---|---|---|---|

**TERENCE MCALARNEY, MD, PA**
**117 BEAGLE DRIVE**
**Englishtown, NJ 07726**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Debt is owed to IME Provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,113.00** |
|---|---|---|---|

**TERRI ANNE AZEVEDO**
**380 VANCOUVER CRESCENT**
**OSHAWA,ONTARIO  L1J5X9  CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Debt owed for work done by typist**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,633.31** |
|---|---|---|---|

**TIME WARNER CABLE**
**PO BOX 223085**
**Pittsburgh, PA 15251-2085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Debt is owed for Office Utility**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171,710.00** |
|---|---|---|---|

**TRAXION GROUP**
**1826 N LINCOLN PARK WEST**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Debt owed for Office Utility**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,200.00** |
|---|---|---|---|

**TREELINE MEDICAL PC**
**1300 UNION TURNPIKE**
**SUITE 103**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Debt owed to an IME Provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,190.93** |
|---|---|---|---|

**TTI BUSINESS PRODUCTS, INC.**
**55 LEONARDVILLE RD, 2ND FL**
**Belford, NJ 07718**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Debt owed for Office Utility**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.76** |
|---|---|---|---|

**VERIZON**
**PO BOX 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Debt is owed for office utility**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Empire Stat Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106.86** |
|---|---|---|---|

**VERIZON**
**PO BOX 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt is owed for office utility__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,073.38** |
|---|---|---|---|

**VERIZON**
**PO BOX 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt is owed for office utility__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$949.27** |
|---|---|---|---|

**VERIZON**
**PO BOX 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt is owed for office utility__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,195.83** |
|---|---|---|---|

**VERIZON**
**PO BOX 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt is owed for office utility__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,810.27** |
|---|---|---|---|

**VERIZON**
**PO BOX 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt is owed for office utility__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,073.51** |
|---|---|---|---|

**VERIZON**
**PO BOX 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt is owed for office utility__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$219.54** |
|---|---|---|---|

**VERIZON**
**PO BOX 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Debt is owed for office utility__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Empire Stat Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35.29** |
|---|---|---|---|

**VERIZON**
**PO BOX 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Debt is owed for office utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,574.15** |
|---|---|---|---|

**WALSH MESSENGER SERVICE**
**4 THIRD STREET**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Debt owed for Office Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**WALTER FRICKE, MD**
**5 ROOSEVELT PL #4 S**
**Montclair, NJ 07042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Debt owed to IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,625.00** |
|---|---|---|---|

**WILLIAM J. WALSH,MD**
**384 HARRIS ROAD**
**Bedford Hills, NY 10507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Debt is owed to IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,665.00** |
|---|---|---|---|

**WNY ACUPUNCTURE WORKS PLLC**
**1961 WEHRLE DRIVE, STE #7**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Debt owed to IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,295.00** |
|---|---|---|---|

**WNY ACUPUNCTURE WORKS PLLC**
**1961 WEHRLE DRIVE, STE #7**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Debt is owed to IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,575.00** |
|---|---|---|---|

**YARONG WANG, lac**
**2 PINE WEST PLAZA**
**WASHINGTON Ave.**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Debt owed to IME Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Empire Stat Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,775.00 |
|---|---|---|---|

**ZUBIN THARAYIL, MD**
**1 THIRD AVENUE**
**APT 607**
**Mineola, NY 11501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Debt is owed to IME Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bradley Siegel**<br>**591 Stewart Avenue**<br>**4th Floor**<br>**Garden City, NY 11530** | Line **3.97**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Bradley Siegel, Esq.**<br>**591 Stewart Avenue**<br>**4th Floor**<br>**Garden City, NY 11530** | Line **3.95**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Bradley Siegel, Esq.**<br>**591 Stewart Avenue**<br>**4th Floor**<br>**Garden City, NY 11530** | Line **3.96**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **John J. Marzocchi, Esq.**<br>**314 East Fayette Street**<br>**Syracuse, NY 13202** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Thomas Bizzaro**<br>**666 Old Country Road**<br>**Suite#412**<br>**Garden City, NY 11530** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,251,800.92 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,251,800.92 |

**Fill in this information to identify the case:**

Debtor name   **Empire Stat Group, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Debtor Leases Equipment from Pitney Bowes. However, Pitney Bowes will not accept the equipment back until the Debtor pays what is owed.** |
| State the term remaining | |
| List the contract number of any government contract   _____ | **PITNEY BOWES POB 856042 Louisville, KY 40285** |

**Fill in this information to identify the case:**

Debtor name    **Empire Stat Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Joe La Barbera** | **37 Smith Farm Road Bedford, NY 10506 Mr.  La Barbera is a co-debtor on this particular debt owed by the Debtor** | **40 X OWNER LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Empire Stat Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$825,791.42** |
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$14,786,758.90** |
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$23,920,107.24** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     

| Debtor | **Empire Stat Group, LLC** | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **TTI Business Products, Inc.**<br>**55 Leonardville Road**<br>**Floor 2**<br>**Belford, NJ 07718** | **Copy paper- 27 Cases** | **3/17/2021** | **$925.99** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Enar Associates, Inc.**<br><br>**against**<br><br>**Empire Stat Group, LLC**<br>**002390/2021** | **Debtor is being sued on a debt owed to creditor** | **Supreme Court of New York County of Onondaga**<br>**401 Montgomery Street**<br>**Syracuse, NY 13202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Empire Stat Group, LLC** _____   Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **New York City Department of Buildings Violation** | **New York City Department of Buildings Issued a Violation Against Empire Stat Group** <br><br>**Empire Stat Group subleased some office space that was in violation of New York City Health Code 3:07** <br><br>**The violation was for $1,000** <br><br>**The next hearing is scheduled for January 24th, 2022** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **United Way of  Long Island 819 Grand Blvd Deer Park, NY 11729** | **Celebration luncheon sponsorship** | **2/13/20** | **$4,000.00** |
| **Recipients relationship to debtor** | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

Debtor    **Empire Stat Group, LLC**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Debtor was victim of a ransomware cyber attack which caused the debtor to lose its primary contract** | | **12/13/2020** | **Unknown** |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Gregory Messer**<br>**26 Court Street**<br>**Suite 2400**<br>**Brooklyn, NY 11242** | **Attorney Fees** | **3/19/21 &**<br>**10/4/21** | **$15,000.00** |
| | **Email or website address**<br>**gmesser@messer-law.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Debtor    **Empire Stat Group, LLC** _____    Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Medical records received from insurance company clients.**

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **H1VY Empire Stat Group, LLC** | EIN: **20-8546698** |

Has the plan been terminated?
☐ No
☑ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

Debtor    **Empire Stat Group, LLC**                                              Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Fidelity Investments**<br>**PO Box 770001**<br>**Cincinnati, OH 45277-0024** | **XXXX-6519** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **401K Plan Account** | **The account with Fidelity was closed on November 16th, 2020. All funds were then transferred to a new account for the 401K Plan. The new account was with Lincoln Financial and the last 4 digits were #H1VY** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **JP Morgan Chase Bank**<br>**45 Wall Street**<br>**New York, NY 10005** | **Tape backups of information**<br>**This information hasn't been used in 7 years.** | | ☐ No<br>■ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Make Space**<br>**New Jeresy, NJ** | **Joseph La Barbera and Karen La Barbera**<br>**2589 NY-29**<br>**Greenwich, NY. 12834** | **Receivables and payables records of the Debtor** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor   **Empire Stat Group, LLC**                                                  Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Pitney Bowes Global Financial Services, LLC** **2225 American Drive** **Neewah, WI 54956** | | **Postage/Mailing Equipment** | **Unknown** |

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Empire Stat Group, LLC**                              Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Paseornek & Stimola, LLC**<br>**140 Route 17 North**<br>**Suite 206**<br>**Paramus, NJ 07652** | **2008 - Present** |
| 26a.2.    **Suchitra Arte**<br>**15 Cardinalflower Lane**<br>**Princeton Junction, NJ 08550** | **2001 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Fidelity Payroll Services**<br>**245 Summer Street**<br>**Boston, MA 02210** | **2004 - Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Paseornek & Stimola, LLC**<br>**140 Route 17 North**<br>**Paramus, NJ 08550** | **2008 - Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    **Gerry Nappo**<br>**154 Tysens lane**<br>**Staten Island, NY 10306** |  |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.    **Frank Vitacco**<br>**44 Terrace Avenue**<br>**Staten Island, NY 10309** |  |

| Name and address | Date of service From-To |
|---|---|
| 26b.5.    **Krystal Aice**<br>**319 Beach 98th Street**<br>**Apt. 5L**<br>**Rockaway Park, NY 11694** |  |

| Name and address | Date of service From-To |
|---|---|
| 26b.6.    **Maureen Spollen**<br>**PO Box 1757**<br>**Lenox, MA 01240-1757** |  |

| Name and address | Date of service From-To |
|---|---|
| 26b.7.    **Suchitra Arte**<br>**15 Cardinalflower Lane**<br>**Princeton Junction, NJ 08550** |  |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor   **Empire Stat Group, LLC** _____   Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Joseph La Barbera**<br>**37 Smith Farm Road**<br>**Bedford, NY 10506** | |
| 26c.2. **Paseornek & Stimola, LLC**<br>**140 Route 17 North**<br>**Paramus, NJ 08550** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Chase Home Lending**<br>**3424 Peachtree Road NE**<br>**Floor 6**<br>**Atlanta, GA 30326** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph La Barbera | 37 Smith Farm Road<br>Bedford, NY 10506 | Managing Member | 90% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Karen La Barbera | 171 Baltic Street<br>Brooklyn, NY 11201 | Member | 10% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Empire Stat Group, LLC**                                        Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Joseph La Barbera**<br>**37 Smith Farm Road**<br>**Bedford, NY 10506** | **$80,347.00** | **10/11/20 -2/19/21** | **Salary** |
| | **Relationship to debtor**<br>**Managing Member** | | | |
| 30.2. | **Karen La Barbera**<br>**171 Baltic Street**<br>**Brooklyn, NY 11201** | **$19,230.80** | **10/11/20 - 2/19/21** | **Salary** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.3. | **Joseph La Barbera**<br>**171 Baltic Street**<br>**Brooklyn, NY 11201** | **$40,384.58** | **10/11/21-3/5/21** | **Salary** |
| | **Relationship to debtor**<br>**Employee of the Debtor** | | | |
| 30.4. | **Brian La Barbera**<br>**505 LaGuardia Place**<br>**Apt. 10A**<br>**New York, NY 10012** | **$101,728.27** | **10/11/21-3/5/21** | **Salary & Comission** |
| | **Relationship to debtor**<br>**Employee of the Debtor** | | | |
| 30.5. | **Natalie La Barbera**<br>**171 Baltic Street**<br>**Brooklyn, NY 11201** | **$17,028** | **10/11/21-1/8/21** | **Salary** |
| | **Relationship to debtor**<br>**Employee of the Debtor** | | | |
| 30.6. | **John Kenny**<br>**251 East 32nd Street**<br>**Apt 5E**<br>**New York, NY 10016** | **$49,923.09** | | **Salary** |
| | **Relationship to debtor**<br>**Employee of the Debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

Debtor    **Empire Stat Group, LLC**                                             Case number *(if known)*

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 29, 2021**

**/s/ Joseph La Barbera**                                 **Joseph La Barbera**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of New York

In re __Empire Stat Group, LLC__      Case No. _____

                 Debtor(s)      Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 15,000.00 |
    | Prior to the filing of this statement I have received | $ | 15,000.00 |
    | Balance Due | $ | 0.00 |

2.  $ __15,000.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__October 29, 2021__           __/s/ Gregory M. Messer__
*Date*                               __Gregory M. Messer 7539__
                                       *Signature of Attorney*
                                       __Law Office of Gregory Messer__
                                       __26 Court Street__
                                       __Suite 2400__
                                       __Brooklyn, NY 11242__
                                       __718 858-1474  Fax: 718 797-5360__
                                       __gmesser@messer-law.com__
                                       *Name of law firm*

**United States Bankruptcy Court**
**Southern District of New York**

In re    **Empire Stat Group, LLC** _____    Case No. _____

_____    Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best

of my knowledge.

Date:    **October 29, 2021** _____    **/s/ Joseph La Barbera** _____

**Joseph La Barbera**/
Signer/Title

```
40 X OWNER LLC
PO BOX 432
EMERSON, NJ 07630


ADVANCED REHABILITATION MED
1496 CEDAR ROW
LAKEWOOD, NJ 08701-1514


ALBERT TSE, MD
69 BAY AVE, UNIT C
HUNTINGTON, NY 11743


ALEXA WEITZMAN,MS,LAC
69-10 YELLOWSTONE BLVD #608
FOREST HILLS, NY 11375


ALEXA WEITZMAN,MS,LAC
69-10 YELLOWSTONE BLVD #608
FOREST HILLS, NY 11375


ANTHONY SPATARO, MD, PC
1 WASHHOLLOW RD.
OYSTER BAY, NY 11771


BENJAMIN NACHAMIE
1175 YORK AVENUE, APT 7D
NEW YORK, NY 10065


BRADLEY SIEGEL
591 STEWART AVENUE
4TH FLOOR
GARDEN CITY, NY 11530


BRADLEY SIEGEL, ESQ.
591 STEWART AVENUE
4TH FLOOR
GARDEN CITY, NY 11530


BRADLEY SIEGEL, ESQ.
591 STEWART AVENUE
4TH FLOOR
GARDEN CITY, NY 11530
```

BUFFYBLUE PRODUCTIONS INC
14 ARIELLE LANE
STATEN ISLAND, NY 10314


CARLYO INC.
320 EAST 53RD STREET # 5A
NEW YORK, NY 10022


CARLYO INC.
320 EAST 53RD STREET # 5A
NEW YORK, NY 10022


CHANDRA M. SHARMA,MD
1333-A NORTH AVENUE #714
NEW ROCHELLE, NY 10804


CHIROPRACTIC ASSOC OF
BRIDGEPORT LLC
4444 MAIN STREET
BRIDGEPORT, CT 06606


COREY A. STEIN,DC PC
561 PATTEN AVENUE
OCEANSIDE, NY 11572


CSI TRANSCRIPTION INC
2053 GLENARDEN PATH
THE VILLAGES, FL 32163


DANA MANNOR,MD
607 PARK AVENUE
NEW YORK, NY 10065


DANIEL NEWMAN,DC
15 WINCHESTER DRIVE
MONROE, NY 10950


DANIEL SPOSTA, DC
54-44 LITTLE NECK PKWAY
LITTLE NECK, NY 11362


DANIEL SPOSTA, DC
54-44 LITTLE NECK PKWAY
LITTLE NECK, NY 11362

DAVID KARTZMAN,DC
75 WEST PULTENEY STREET
CORNING, NY 14830

DIANA VALCICH,MD
35 KNIGHTSBRIDGE ROAD APT.2D
GREAT NECK, NY 11021

DOMINICK F. GAROFALO, DC,PC
1807 BOTSFORD DRIVE
KNOXVILLE, TN 37922

DR. JEFFREY H. YORMAK, MD, FAA
9 ROUND HILL PLACE
CHAPPAQUA, NY 10514

DR.RAJ KRISHNAN
264-42 60TH AVENUE
LITTLE NECK, NY 11362

DR.RONALD MANN,PC
73 FANCHER ROAD
YORKTOWN HEIGHTS, NY 10598

DUDICK CHIROPRACTIC
377 ROUTE 146
CLIFTON PARK, NY 12065

DUDICK CHIROPRACTIC
377 ROUTE 146
CLIFTON PARK, NY 12065

EILEEN HUFSMITH, SOLE PROPRIET
P.O BOX 814
EAST ISLIP, NY 11730

EMILIE CHAVEZ
8241 JACKSONTOWN ROAD
HEATH, OH 43056

ENAR ASSOCIATES INC
6800 EAST GENESEE STREET
FAYETTEVILLE, NY 13066

```
ERIC LITTMAN, DC
2 WINGED FOOT DRIVE
LIVINGSTON, NJ 07039


ERIC LITTMAN, DC
2 WINGED FOOT DRIVE
LIVINGSTON, NJ 07039


EXPERT MEDICAL EVALUATIONS PC
DR. ALAN FRIEDMAN
380 HEMPSTEAD AVENUE SUITE 3
WEST HEMPSTEAD, NY 11552


FERRANTE CHIROPRACTIC PC
67 DAWES AVE
LYNBROOK, NY 11563


FRANKLIN PORTER, PHD
5 W. 86TH STREET, STE 3A
NEW YORK, NY 10024


GARY FLORIO, MD
124 WEST 72ND STREET #6C
NEW YORK, NY 10023


GENTE
122 PARISH DRIVE
WAYNE, NJ 07470


GERALD SILVERMAN,DC
523 TOWNLINE ROAD,STE 7
HAUPPAUGE, NY 11788


GERALD SILVERMAN,DC
523 TOWNLINE ROAD,STE 7
HAUPPAUGE, NY 11788


GISA INC
17 BELLEAU AVE
MADISON, NJ 07940


GISA INC
17 BELLEAU AVE
MADISON, NJ 07940
```

GLENN SELIGER, MD
38 CRAGMERE OVAL
NEW CITY, NY 10956


GLENN SELIGER, MD
38 CRAGMERE OVAL
NEW CITY, NY 10956


GLOBAL CHIROPRACTIC PLLC
510 HEMPSTEAD TPKE STE 208
WEST HEMPSTEAD, NY 11552


HENRY  PARTRIDGE, MD
3 SUMMERWIND DRIVE
GLEN HEAD, NY 11545


HOWARD KIERNAN, MD.
1661 OLD COUNTRY ROAD #570
RIVERHEAD, NY 11901


HOWARD KIERNAN, MD.
1661 OLD COUNTRY ROAD #570
RIVERHEAD, NY 11901


HOWARD KIERNAN, MD.
1661 OLD COUNTRY ROAD #570
RIVERHEAD, NY 11901


IMEC
111 RIVERSIDE DRIVE
CARTHAGE, NY 13619


IMEC
111 RIVERSIDE DRIVE
CARTHAGE, NY 13619


INDEPENDENT EXAMINATION ASSOC,
240 REDTAIL ROAD, SUITE 9
ORCHARD PARK, NY 14127


INDEPENDENT EXAMINATION ASSOC.
LLC
240 REDTAIL ROAD, SUITE 9
ORCHARD PARK, NY 14127

INTEGRATED MEDICAL REFERRALS
585 STEWARD AVE
SUITE 310
GARDEN CITY, NY 11530


JAMES B.SARNO,MD
600 FRANKLIN AVENUE #174
GARDEN CITY, NY 11530


JOE LA BARBERA
37 SMITH FARM ROAD
BEDFORD, NY 10506


JOHN F. WALLER, MD
333 EAST 56TH STREET
NEW YORK, NY 10022


JOHN F. WALLER, MD
333 EAST 56TH STREET
NEW YORK, NY 10022


JOHN J. MARZOCCHI, ESQ.
314 EAST FAYETTE STREET
SYRACUSE, NY 13202


JOHN M. KEENAN, DC
718 LERAY STREET
WATERTOWN, NY 13601


KBL CLEANING INC
1510 CASTLEHILL AVE
SUITE 371
BRONX, NY 10462


KEVIN CURLEY, MD
66 KINGSBURY RD
GARDEN CITY, NY 11530


LONG ISLAND PHYSICAL MED
&REHAB PC
575 UNDERHILL BLVD  SUITE 130
SYOSSET, NY 11791

```
MANAGED OUTSOURCE SOLUTIONS
8596 EAST 101ST ST-STE H
ATTN: ACCTS RECEIVABLE
TULSA, OK 74133


MICHAEL DAVID LEVIN
708 GREENWICH STREET
APT 1A
NEW YORK, NY 10014


MICHAEL R. SILVER, DC,PC
159-03 78TH STREET
HOWARD BEACH, NY 11414-0227


MICHAEL R. SILVER, DC,PC
159-03 78TH STREET
HOWARD BEACH, NY 11414-0227


MICHELE CORSI  SOLE PROPRIETOR
96 GREGORY DRIVE
NEWARK, OH 43055


MITCHELL EHRLICH, MD,F.A.A.P.M
207 HALLOCK ROAD
SUITE 210
STONY BROOK, NY 11790


MITCHELL EHRLICH, MD,F.A.A.P.M
207 HALLOCK ROAD
SUITE 210
STONY BROOK, NY 11790


NATIONAL GRID
PO BOX 11741
NEWARK, NJ 07101-9839


NYC DEPT. OF BUILDINGS
OATH MAIL UNIT
66 JOHN STREET  10TH FLOOR
NEW YORK, NY 10038


OPTUM360
PO BOX 88050
CHICAGO, IL 60680-1050
```

```
ORION
333 THORNHALL STREET
ACCTS RECEIVABLE DEPT
EDISON, NJ 08837


PAUL G. JONES MD,PC
427 BROADWAY-STE#5
MONTICELLO, NY 12701


PAUL G. JONES MD,PC
427 BROADWAY-STE#5
MONTICELLO, NY 12701


PAUL MILLER, DC
258 MAIN AVENUE
NORWALK, CT 06851


PAUL MILLER, DC
258 MAIN AVENUE
NORWALK, CT 06851


PHILIP CILIO, DC
967 NEW BRIDGE ROAD
BELLMORE, NY 11710


PHILIP CILIO, DC
967 NEW BRIDGE ROAD
BELLMORE, NY 11710


PHILIP CILIO, DC
967 NEW BRIDGE ROAD
BELLMORE, NY 11710


PHILIP CILIO, DC
967 NEW BRIDGE ROAD
BELLMORE, NY 11710


PIERCE J. FERRITER,MD,PLLC
1421 THIRD AVENUE  5TH FLOOR
NEW YORK, NY 10028


PIERCE J. FERRITER,MD,PLLC
1421 THIRD AVENUE  5TH FLOOR
NEW YORK, NY 10028
```

PIERCE J. FERRITER,MD,PLLC
1421 THIRD AVENUE  5TH FLOOR
NEW YORK, NY 10028


PIERCE J. FERRITER,MD,PLLC
1421 THIRD AVENUE  5TH FLOOR
NEW YORK, NY 10028


PIERCE J. FERRITER,MD,PLLC
1421 THIRD AVENUE  5TH FLOOR
NEW YORK, NY 10028


PITNEY BOWES
POB 856042
LOUISVILLE, KY 40285


PITNEY BOWES GLOBAL FINANCIAL
PO BOX 371887
PITTSBURGH, PA 15250-7887


PREVENT-A-STRESS CHIROPRACTIC
300 ROSE LANE
SMITHTOWN, NY 11787


PREVENT-A-STRESS CHIROPRACTIC
300 ROSE LANE
SMITHTOWN, NY 11787


PRO REHAB & SPORTS MEDICINE,PC
66 BARBARA STREET
BETHPAGE, NY 11714


PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250-7874


RACHEL SAPERSTEIN, LAC, PC.
47 PEARWOOD DRIVE
HUNTINGTON STATION, NY 11746


RACHEL SAPERSTEIN, LAC, PC.
47 PEARWOOD DRIVE
HUNTINGTON STATION, NY 11746

```
RALPH K. DELLA RATTA MD, FACP
6 ROCKLYN COURT
HUNTINGTON, NY 11743


RASHMI C.SHETH PHYSICIAN PC
1 HARBOR SQUARE APT. #309
OSSINING, NY 10562


REXNDOX OUTSOURCE SOLUTIONS, L
PLOT NO 24, PADMAVATHY NAGAR
EXTNKATHIRVEDU     INDIA
CHENNAI, TAMIL NADU, 600099


ROBIN FELTS, SOLE PROPRIETOR
680 NORTH 21ST STREET
NEWARK, OH 43055


RONALD CSILLAG, DC
34-38 BELL BLVD
SUITE 401
LITTLE NECK, NY 11362


RONALD CSILLAG, DC
34-38 BELL BLVD
SUITE 401
LITTLE NECK, NY 11362


RONALD CSILLAG, DC
34-38 BELL BLVD
SUITE 401
LITTLE NECK, NY 11362


RUTH VITAGLIONE,DC
22 SOUTH STREET
MANORVILLE, NY 11949


SEAN HIGGINS, DC
240 RED TAIL ROAD, STE #9
ORCHARD PARK, NY 14127


SEAN HIGGINS, DC
240 RED TAIL ROAD, STE #9
ORCHARD PARK, NY 14127
```

```
SECURE SHRED
55 TOLEDO STREET
FARMINGDALE, NY 11735


SHELDON HERSH, MD
110-11 72 AVE
FOREST HILLS, NY 11375


SPINOUS
175 MEMORIAL HWY  SUITE #1-5
NEW ROCHELLE, NY 10801


SQUARE INVESTMENTS LLC
424 EAST CENTRAL BLVD, #706
ORLANDO, FL 32801


SQUARE INVESTMENTS LLC
424 EAST CENTRAL BLVD, #706
ORLANDO, FL 32801


SQUARE INVESTMENTS LLC
424 EAST CENTRAL BLVD, #706
ORLANDO, FL 32801


STERLING HEALTHCARE SERVICES
LLC
PO BOX 472
PROSPECT, KY 40059


STERLING HEALTHCARE SERVICES
LLC
PO BOX 472
PROSPECT, KY 40059


STERLING HEALTHCARE SERVICES
LLC
PO BOX 472
PROSPECT, KY 40059


STERLING HEALTHCARE SERVICES
LLC
PO BOX 472
PROSPECT, KY 40059
```

```
SUPERIOR TRANSCRIBING SERVICE
2950 AVENUE S
BROOKLYN, NY 11229


SYNERGY PAIN INSTITUTE, LLC
CHASE BY MAIL-ACCT 238872250
P.O. BOX 6185
WESTERVILLE, OH 43086-6185


SYNERGY PAIN INSTITUTE, LLC
CHASE BY MAIL-ACCT 238872250
P.O. BOX 6185
WESTERVILLE, OH 43086-6185


SYNERGY PAIN INSTITUTE, LLC
CHASE BY MAIL-ACCT 238872250
P.O. BOX 6185
WESTERVILLE, OH 43086-6185


SYNERGY PAIN INSTITUTE, LLC
CHASE BY MAIL-ACCT 238872250
P.O. BOX 6185
WESTERVILLE, OH 43086-6185


TEAM REHAB PC
22 EAGLE ROAD
DANBURY, CT 06810


TERENCE MCALARNEY, MD, PA
117 BEAGLE DRIVE
ENGLISHTOWN, NJ 07726


TERRI ANNE AZEVEDO
380 VANCOUVER CRESCENT
OSHAWA,ONTARIO L1J5X9 CANADA


THOMAS BIZZARO
666 OLD COUNTRY ROAD
SUITE#412
GARDEN CITY, NY 11530


TIME WARNER CABLE
PO BOX 223085
PITTSBURGH, PA 15251-2085
```

TRAXION GROUP
1826 N LINCOLN PARK WEST
CHICAGO, IL 60614


TREELINE MEDICAL PC
1300 UNION TURNPIKE
SUITE 103
NEW HYDE PARK, NY 11040


TTI BUSINESS PRODUCTS, INC.
55 LEONARDVILLE RD, 2ND FL
BELFORD, NJ 07718


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124

```
VERIZON
PO BOX 15124
ALBANY, NY 12212-5124


WALSH MESSENGER SERVICE
4 THIRD STREET
NEW HYDE PARK, NY 11040


WALTER FRICKE, MD
5 ROOSEVELT PL #4 S
MONTCLAIR, NJ 07042


WILLIAM J. WALSH,MD
384 HARRIS ROAD
BEDFORD HILLS, NY 10507


WNY ACUPUNCTURE WORKS PLLC
1961 WEHRLE DRIVE, STE #7
BUFFALO, NY 14221


WNY ACUPUNCTURE WORKS PLLC
1961 WEHRLE DRIVE, STE #7
BUFFALO, NY 14221


YARONG WANG, LAC
2 PINE WEST PLAZA
WASHINGTON AVE.
ALBANY, NY 12205


ZUBIN THARAYIL, MD
1 THIRD AVENUE
APT 607
MINEOLA, NY 11501
```

# United States Bankruptcy Court
## Southern District of New York

In re    **Empire Stat Group, LLC**
_____
Debtor(s)

Case No. _____

Chapter    **7**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Empire Stat Group, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [_Check if applicable_]

**October 29, 2021**
_____
Date

**/s/ Gregory M. Messer**
_____
**Gregory M. Messer 7539**
Signature of Attorney or Litigant
Counsel for    **Empire Stat Group, LLC**
_____
**Law Office of Gregory Messer**
**26 Court Street**
**Suite 2400**
**Brooklyn, NY 11242**
**718 858-1474 Fax:718 797-5360**
**gmesser@messer-law.com**