# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### MANHATTAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Empire Stat Group LLC | § | Case No. 21-11868 |
| | § | |
| Debtor | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/29/2021.   The undersigned trustee was appointed on 10/29/2021.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of        $        1,134,068.35

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,089.08 |
| Bank service fees | 13,851.91 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]        $        1,119,127.36

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 03/07/2022 and the deadline for filing governmental claims was 04/27/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $57,272.05.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $57,272.05, for a total compensation of $57,272.05[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $551.52, for total expenses of $551.52[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:10/14/2025_____     By:/s/Angela G. Tese-Milner_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

21-11868-dsj   Doc 63   Filed 12/03/25   Entered 12/03/25 10:30:38   Main Document
Pg 3 of 26

**FORM 26**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 21-11868 | DSJ | Judge: | David S Jones | Trustee Name: | Angela G. Tese-Milner |
| Case Name: | Empire Stat Group LLC | | | | Date Filed (f) or Converted (c): | 10/29/2021 (f) |
| | | | | | 341(a) Meeting Date: | 11/29/2021 |
| For Period Ending: | 10/14/2025 | | | | Claims Bar Date: | 03/07/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  JP Morgan Chase Bank Checking 3561 (u) | 16,307.86 | 0.00 | | 15,063.29 | FA |
| 2.  Lincoln FinancialDebtor maintains a 401K plan for itsemployees.Last 4 digits of Account# H1VY 401K Plan H1V | 0.00 | 0.00 | | 0.00 | FA |
| 3.  Real Estate Deposit (u) | 46,704.00 | 0.00 | | 0.00 | FA |
| 4.  Office equipment, including all computer equipment andcommunication systems equipment and softwareSophos XG 310 Networking Equipment Unknown (u) | 3,000.00 | 0.00 | | 0.00 | FA |
| 5.  HPE Office Connect 1950 Series SwitchJH295ANetworking Equipment Unknown (u) | 200.00 | 0.00 | | 0.00 | FA |
| 6.  Unifi Network USW 48 Unknown (u) | 1,000.00 | 9.00 | | 0.00 | FA |
| 7.  Juniper SRX340Networking Equipment Unknown (u) | 600.00 | 0.00 | | 0.00 | FA |
| 8.  Dell T440 ServerNetworking Equipment Unknown (u) | 4,000.00 | 0.00 | | 0.00 | FA |
| 9.  Pitney Bowes Postage EquipmentThis equipment is leased by the Debtor.The Debtor has offered to return thisequipmentbut Pitney Bowes will not take it back untilthey receive payment for the money owed bythe Debtor. Unknown | 0.00 | 0.00 | | 0.00 | FA |
| 10. Interests in insurance policies or annuitiesCyber Insurance ClaimDebtor maintains a 2 million dollar insurance policy withCoalition Insurance.This insurance covers an interruption in businessoperationsPart of the debtor's claim is undisputed with respect t (u) | 1,747,566.00 | 447,566.00 | | 447,566.00 | FA |
| 11. Potential claim for remainder of 2 million dollar policywith Coalition InsuranceThe business operation of Empire Stat was interrupteddue to a cyberattackDebtor is seeking a claim for business interruptioninsurancePart of the claim is disputed and the amoun | 1,300,000.00 | 650,000.00 | | 650,000.00 | FA |
| 12. Refunds of Premiums | 0.00 | 1,078.06 | | 1,478.06 | FA |
| 13. Notes and Recievables (u) | 0.00 | 19,961.00 | | 19,961.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $3,119,377.86   $1,118,614.06   $1,134,068.35   $0.00

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

12/15/21 Trustee has conferenced with the Debtor and identified the possible assets in the case.  The Trustee has retained bankruptcy counsel and has submitted pleadings to retain accountants.
04/20/21 Court has approved settlement of Claim part 1 against insurance companies and the Trustee awaits payment.
12/15/21 The Trustee has collected the payment of the insurance claim and is reviewing documents for additional amounts due.
4/15/22 The Trustee is preparing proof of claim part 2 to collect additional insurance funds.
8/15/22 The Insurers have not made a follow-up offer to Trustee's submission of proof of claim part 2.  The Trustee has been advised by counsel that she has a bad faith claim.
12/15/22 The Trustee has submitted proof of claim part 2 with supporting documents to the insurance company.
4/15/23 The Trustee has been negotiating with carriers concerning proof of claim Part 2
9/15/23 The Trustee has retained Special Litigation Counsel to prosecute proof of claim Part 2.  Special Counsel reports that he is in the process of assessing a counter offer on an additional $100,000.00 offer.
12/15/23 Special Litigation Counsel has made a 1.2 Million Dollar demand on the Insurance Company.  In the absence of a significant counter offer, the Trustee will file an adversary proceeding for recovery under the policy.
4/22/24 The Trustee has filed an adversary proceeding against the Insurance Company.
8/20/24  The Adversary Proceeding has been removed to District Court.
12/15/24  Special Counsel reports that the parties are conducting discovery in the adversary proceeding.  Parties are discussing settlement.  In the event that a settlement is not reached within 45 days, the Trustee will seek mediation of the dispute.
4/1 25 The parties are discussing settlement of the District Court Adversary  Proceeding.  Th e Trustee is objecting to four priority claims in anticipation of finalizing her administration of the case.
5/23/25 The Trustee has filed a motion to approve the Settlement.


| RE PROP # | 9 | -- | Returned to Lessor |
| RE PROP # | 10 | -- | Pursuant to court order, stipulation has bee authorized for payment of $447,566.00 to estate. |
| RE PROP # | 11 | -- | Trustee is submitting a revised claim to carrier. This is a second claim against the insurance policy. It was not claimed by the Debtor prepetition |

Initial Projected Date of Final Report (TFR): 12/23/2022          Current Projected Date of Final Report (TFR): 12/23/2025

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 21-11868

Case Name: Empire Stat Group LLC

Taxpayer ID No: XX-XXX6698

For Period Ending: 10/14/2025

Trustee Name: Angela G. Tese-Milner

Bank Name: Signature Bank

Account Number/CD#: XXXXXX3960

Checking

Blanket Bond (per case limit): $43,796,992.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/10/21 | 1 | Empitr Stat Group LLC | turn over of balance in account | 1129-000 | $15,063.29 | | $15,063.29 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $14.49 | $15,048.80 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $24.92 | $15,023.88 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $24.88 | $14,999.00 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $22.44 | $14,976.56 |
| 03/29/22 | 12 | Computer Share/KCC | refund of pre-petition payment | 1221-000 | $2.95 | | $14,979.51 |
| 03/29/22 | 12 | Fidelity | refund of pre-petition payment | 1221-000 | $722.38 | | $15,701.89 |
| 03/29/22 | 12 | Fidelity | refund of pre-petition payment | 1221-000 | $20.00 | | $15,721.89 |
| 03/29/22 | 12 | Wells Fargo | refund of pre-petition payment | 1221-000 | $332.73 | | $16,054.62 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $24.80 | $16,029.82 |
| 04/25/22 | 10 | Colony Insurance Co. for Argo | Payment on claim no 290319 per court order | 1129-000 | $219,307.34 | | $235,337.16 |
| 04/25/22 | 10 | Swiss Re | Payment on insurance claim pursuant to court order | 1129-000 | $228,258.66 | | $463,595.82 |
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $75.97 | $463,519.85 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $753.22 | $462,766.63 |
| 06/21/22 | | Transfer to Acct # xxxxxx0119 | Transfer of Funds | 9999-000 | | $462,766.63 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $463,707.35 | $463,707.35 |
| Less: Bank Transfers/CD's | $0.00 | $462,766.63 |
| Subtotal | $463,707.35 | $940.72 |
| Page Subtotals: | $463,707.35 | $463,707.35 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Exhibit B

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $463,707.35 | $940.72 |

Page Subtotals:                    $0.00          $0.00

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 21-11868 | Trustee Name: Angela G. Tese-Milner |
| Case Name: Empire Stat Group LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0119 |
| | Checking Account |
| Taxpayer ID No: XX-XXX6698 | Blanket Bond (per case limit): $43,796,992.00 |
| For Period Ending: 10/14/2025 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/21/22 | | Transfer from Acct # xxxxxx3960 | Transfer of Funds | 9999-000 | $462,766.63 | | $462,766.63 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $164.82 | $462,601.81 |
| 07/21/22 | 12 | The State Insurance Fund | refund of overpayment Received from Accountant. | 1121-000 | $400.00 | | $463,001.81 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $510.92 | $462,490.89 |
| 08/08/22 | | Axos Bank 4350 La Jolla Village Dr, Suite 140 San Diego, CA 92122 | Bank Service Fee Refund | 2600-000 | | ($164.82) | $462,655.71 |
| 08/08/22 | | Axos Bank 4350 La Jolla Village Dr, Suite 140 San Diego, CA 92122 | Bank Service Fee Refund | 2600-000 | | ($510.92) | $463,166.63 |
| 10/03/22 | 2001 | International Sureties Inc. | Blanket bond Payment | 2300-000 | | $188.13 | $462,978.50 |
| 11/15/22 | 13 | Geico | Account Receivable | 1221-000 | $500.00 | | $463,478.50 |
| 11/15/22 | 13 | Geico | Account Receivable | 1221-000 | $815.00 | | $464,293.50 |
| 11/15/22 | 13 | Geico | Account Receivable | 1221-000 | $705.00 | | $464,998.50 |
| 11/15/22 | 13 | Geico | Account Receivable | 1221-000 | $395.00 | | $465,393.50 |
| 11/15/22 | 13 | Geico | Account Receivable | 1221-000 | $250.00 | | $465,643.50 |
| 11/15/22 | 13 | Geico | Account Receivable | 1221-000 | $1,125.00 | | $466,768.50 |
| 11/15/22 | 13 | Geico | Account Receivable | 1221-000 | $250.00 | | $467,018.50 |
| 11/15/22 | 13 | Geico | Account Receivable | 1221-000 | $500.00 | | $467,518.50 |
| 11/15/22 | 13 | Geico | Account Receivable | 1221-000 | $250.00 | | $467,768.50 |

**FORM 2 26**
Pg 10 of 26

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 21-11868

Case Name: Empire Stat Group LLC

Taxpayer ID No: XX-XXX6698

For Period Ending: 10/14/2025

Trustee Name: Angela G. Tese-Milner

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0119

Checking Account

Blanket Bond (per case limit): $43,796,992.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/22 | 13 | Geico | Account Receivable | 1221-000 | $30.00 | | $467,798.50 |
| 11/15/22 | 13 | Geico | Account Receivable | 1221-000 | $250.00 | | $468,048.50 |
| 11/15/22 | 13 | Geico | Account Receivable | 1221-000 | $150.00 | | $468,198.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $785.00 | | $468,983.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $660.00 | | $469,643.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $580.00 | | $470,223.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $505.00 | | $470,728.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $395.00 | | $471,123.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $385.00 | | $471,508.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $385.00 | | $471,893.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $385.00 | | $472,278.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $275.00 | | $472,553.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $250.00 | | $472,803.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $250.00 | | $473,053.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $250.00 | | $473,303.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $250.00 | | $473,553.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $230.00 | | $473,783.50 |

21-11868-dsj   Doc 63   Filed 12/03/25   Entered 12/03/25 10:30:38   Main Document

FORM 2 Pg 9 of 26

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 21-11868

Case Name: Empire Stat Group LLC

Taxpayer ID No: XX-XXX6698

For Period Ending: 10/14/2025

Trustee Name: Angela G. Tese-Milner

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0119

Checking Account

Blanket Bond (per case limit): $43,796,992.00

Separate Bond (if applicable):

**Exhibit B**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $200.00 | | $473,983.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $200.00 | | $474,183.50 |
| 11/16/22 | 13 | Geico | Account Receivable | 1221-000 | $40.00 | | $474,223.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $610.00 | | $474,833.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $600.00 | | $475,433.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $585.00 | | $476,018.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $540.00 | | $476,558.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $440.00 | | $476,998.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $415.00 | | $477,413.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $410.00 | | $477,823.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $385.00 | | $478,208.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $360.00 | | $478,568.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $275.00 | | $478,843.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $256.00 | | $479,099.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $250.00 | | $479,349.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $245.00 | | $479,594.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $235.00 | | $479,829.50 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*          Page Subtotals:          $6,046.00          $0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 21-11868
Case Name: Empire Stat Group LLC

Trustee Name: Angela G. Tese-Milner
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0119
Checking Account

Taxpayer ID No: XX-XXX6698
For Period Ending: 10/14/2025

Blanket Bond (per case limit): $43,796,992.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $160.00 | | $479,989.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $160.00 | | $480,149.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $150.00 | | $480,299.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $145.00 | | $480,444.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $145.00 | | $480,589.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $145.00 | | $480,734.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $30.00 | | $480,764.50 |
| 11/17/22 | 13 | Geico | Account Receivable | 1221-000 | $30.00 | | $480,794.50 |
| 11/18/22 | 13 | Geico | Account Receivable | 1221-000 | $540.00 | | $481,334.50 |
| 11/18/22 | 13 | Geico | Account Receivable | 1221-000 | $510.00 | | $481,844.50 |
| 11/18/22 | 13 | Geico | Account Receivable | 1221-000 | $410.00 | | $482,254.50 |
| 11/18/22 | 13 | Geico | Account Receivable | 1221-000 | $385.00 | | $482,639.50 |
| 11/18/22 | 13 | Geico | Account Receivable | 1221-000 | $250.00 | | $482,889.50 |
| 11/18/22 | 13 | Geico | Account Receivable | 1221-000 | $50.00 | | $482,939.50 |
| 07/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $516.02 | $482,423.48 |
| 07/14/23 | 2002 | International Sureties Inc | blanket bond payments | 2300-000 | | $257.03 | $482,166.45 |
| 08/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $532.65 | $481,633.80 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Page Subtotals: $3,110.00   $1,305.70

**FORM 4 26**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:  21-11868
Case Name:  Empire Stat Group LLC

Taxpayer ID No:  XX-XXX6698
For Period Ending:  10/14/2025

Trustee Name:  Angela G. Tese-Milner
Bank Name:  Axos Bank
Account Number/CD#:  XXXXXX0119
Checking Account
Blanket Bond (per case limit):  $43,796,992.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $531.78 | $481,102.02 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $514.05 | $480,587.97 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $530.64 | $480,057.33 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $512.94 | $479,544.39 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $529.47 | $479,014.92 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $528.90 | $478,486.02 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $494.22 | $477,991.80 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $527.76 | $477,464.04 |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $510.17 | $476,953.87 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $526.61 | $476,427.26 |
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $509.10 | $475,918.16 |
| 08/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $525.47 | $475,392.69 |

UST Form 101-7-TFR (5/1/2011) (Page: 11)

Page Subtotals:    $0.00    $6,241.11

21-11868-dsj   Doc 63   Filed 12/03/25   Entered 12/03/25 10:30:38   Main Document
Pg 12 of 26

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
FORM 4

Exhibit B

Case No: 21-11868
Case Name: Empire Stat Group LLC

Trustee Name: Angela G. Tese-Milner
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0119
Checking Account

Taxpayer ID No: XX-XXX6698
For Period Ending: 10/14/2025

Blanket Bond (per case limit): $43,796,992.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/08/24 | 2003 | International Sureties, LTD Suite 420 701 Poydras St. New Orleans, LA 70139 | Bond Premium 6/2024 - 6/2025 | 2300-000 | | $314.84 | $475,077.85 |
| 09/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $524.75 | $474,553.10 |
| 10/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $507.09 | $474,046.01 |
| 11/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $523.42 | $473,522.59 |
| 12/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $505.96 | $473,016.63 |
| 01/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $522.28 | $472,494.35 |
| 02/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $521.70 | $471,972.65 |
| 03/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $470.72 | $471,501.93 |
| 04/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $520.62 | $470,981.31 |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $503.24 | $470,478.07 |
| 06/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $519.46 | $469,958.61 |
| 06/23/25 | 2004 | International Sureties, LTD Suite 420 701 Poydras St. New Orleans, LA 70139 | 2300 | 2300-000 | | $329.08 | $469,629.53 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*          Page Subtotals:                    $0.00          $5,763.16

21-11868-dsj    Doc 63    Filed 12/03/25    Entered 12/03/25 10:30:38    Main Document
Pg 13 of 26

**FORM 4**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 21-11868 | Trustee Name: Angela G. Tese-Milner | Exhibit B |
| Case Name: Empire Stat Group LLC | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0119 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX6698 | Blanket Bond (per case limit): $43,796,992.00 | |
| For Period Ending: 10/14/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $502.17 | $469,127.36 |
| 07/07/25 | 11 | Swiss Re | Settlement per order | 1149-000 | $331,500.00 | | $800,627.36 |
| 07/10/25 | 11 | Sedgewick as agen for Argonaut Insurance | Settlement per order | 1149-000 | $318,500.00 | | $1,119,127.36 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $1,133,127.63 | $14,000.27 |
| Less: Bank Transfers/CD's | $462,766.63 | $0.00 |
| Subtotal | $670,361.00 | $14,000.27 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $670,361.00 | $14,000.27 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 13)*    Page Subtotals:    $650,000.00    $502.17

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0119 - Checking Account | $670,361.00 | $14,000.27 | $1,119,127.36 |
| XXXXXX3960 - Checking | $463,707.35 | $940.72 | $0.00 |
| | $1,134,068.35 | $14,940.99 | $1,119,127.36 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,134,068.35 |
| Total Gross Receipts: | $1,134,068.35 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-11868                                                                                    Date: October 14, 2025
Debtor Name: Empire Stat Group LLC
Claims Bar Date: 3/7/2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Angela G. Tese-Milner Law Offices of Angela Tese-Milner, Esq. 735 Wickham Avenue P.O. Box 35 Mattituck, NY 11952 | Administrative | | $0.00 | $57,272.05 | $57,272.05 |
| 100 2200 | Angela G. Tese-Milner Law Offices of Angela Tese-Milner, Esq. 735 Wickham Avenue P.O. Box 35 Mattituck, NY 11952 | Administrative | | $0.00 | $551.52 | $551.52 |
| 41 100 2820 | New York State Department of Taxation & Finance | Administrative | | $0.00 | $100.00 | $100.00 |
| 100 3110 | Tese & Milner | Administrative | | $0.00 | $122,505.00 | $122,505.00 |
| 100 3210 | Archer & Griener PC | Administrative | | $0.00 | $287,500.00 | $287,500.00 |
| 100 3220 | Archer | Administrative | | $0.00 | $341.44 | $341.44 |
| 100 3410 | EisnerAmper Group | Administrative | | $0.00 | $136,073.50 | $136,073.50 |
| 100 3420 | Eisner Amper Group | Administrative | | $0.00 | $3,231.00 | $3,231.00 |

Page 1                                                   Printed: October 14, 2025

**UST Form 101-7-TFR (5/1/2011)** *(Page: 15)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-11868                                                                                    Date: October 14, 2025

Debtor Name: Empire Stat Group LLC

Claims Bar Date: 3/7/2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 570 5800 | Cedar Glade LP Claim 2 assigned by MITCHELL EHRLICH, MD,F.A.A.P.M Cedar Glade LP ECF No.35 600 Madison Avenue 17th Floor NY NY 10022 Atn: Robert Minkoff | Priority | ECF No.35 Claim No 2 assigned By MITCHELL EHRLICH, MD,F.A.A.P. to Cedar Glade LP Attn: Robert Minkoff 600 Madison Avenue 17th Floor NY NY 10022 | $0.00 | $13,650.00 | $13,650.00 |
| 5 570 5800 | RAJ KRISHNAN, MD 29 Kalda Lane Plainview NY11803 | Priority | | $0.00 | $13,650.00 | $13,650.00 |
| 13 570 5800 | CHIROPRACTIC ASSOC OF BRIDGEPORT LLC 4444 BRIDGEPORT , CT  06606 | Priority | | $0.00 | $1,375.00 | $1,375.00 |
| 26 570 5800 | WALTER FRICKE, MD 5 ROOSEVELT PL #4S, MONTCLAIR , NJ  07042 | Priority | | $0.00 | $3,000.00 | $3,000.00 |
| 1 610 7100 | MANAGED OUTSOURCE SOLUTIONS 8596 EAST 101ST TULSA , OK  74133 | Unsecured | | $0.00 | $6,131.46 | $6,131.46 |
| 2 610 7100 | Cedar Glade LP Claim 2 assigned by MITCHELL EHRLICH, MD,F.A.A.P.M Cedar Glade LP ECF No.35 600 Madison Avenue 17th Floor NY NY 10022 Atn: Robert Minkoff | Unsecured | ECF No 35MITCHELL EHRLICH, MD,F.A.A.P.M assigned to Cedar Glade LP 600 Madison Avenue 17th Floor NY NY 10022 Attn: Robert Minkoff | $0.00 | $49,270.00 | $49,270.00 |
| 3 610 7100 | Michael Levin, MD 708 Greenwich St. New York , NY  10014 | Unsecured | | $0.00 | $11,600.00 | $11,600.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 16)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-11868                                                                                          Date: October 14, 2025
Debtor Name: Empire Stat Group LLC
Claims Bar Date: 3/7/2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>610<br>7100 | Expert Medical Evaluations P.C.<br>380 Hempstead Avenue, Suite 3<br>West Hempstead, NY  11552 | Unsecured | | $0.00 | $18,250.00 | $18,250.00 |
| 5<br>610<br>7100 | RAJ KRISHNAN, MD<br>29 Kalda Lane<br>Plainview NY11803 | Unsecured | | $0.00 | $181,200.00 | $181,200.00 |
| 6<br>610<br>7100 | Argo Partners<br>Claim 6 assigned by Daniel Spost<br>ECF No. 40<br>to Argo Partners<br>12 West 32nd Street<br>Suite 900<br>New York, New York 10018 | Unsecured | Claim 6 assigned by Daniel Spost<br>ECF No. 40<br>to Argo Partners<br>12 West 32nd Street<br>Suite 900<br>New York, New York 10018 | $0.00 | $7,170.00 | $7,170.00 |
| 7<br>610<br>7100 | Pitney Bowes Inc<br>27 Waterview Dr,<br>3rd Fl,<br>Shelton, CT  06484 | Unsecured | | $0.00 | $13,078.08 | $13,078.08 |
| 8<br>610<br>7100 | Pitney Bowes Inc<br>27 Waterview Dr,<br>3rd Fl,<br>Shelton, CT  06484 | Unsecured | | $0.00 | $4,007.00 | $4,007.00 |
| 9<br>610<br>7100 | Argo Partners<br>Anthony Spataro MD assigned<br>Claim No. 9 to<br> Argo Partners<br>12 West 32nd Street<br>Suite 900<br>New York, New York 10018<br>ECF No. 39 | Unsecured | Anthony Spataro MD assigned Claim No. 9 to<br> Argo Partners<br>12 West 32nd Street<br>Suite 900<br>New York, New York 10018<br>ECF No. 39 | $0.00 | $72,990.00 | $72,990.00 |
| 10<br>610<br>7100 | SEAN HIGGINS<br>240 RED TAIL ROAD, STE #9,<br>ORCHARD PARK, NY  14127 | Unsecured | | $0.00 | $27,350.00 | $27,350.00 |

Printed: October 14, 2025

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-11868                                                                                    Date: October 14, 2025

Debtor Name: Empire Stat Group LLC

Claims Bar Date: 3/7/2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 610 7100 | INDEPENDENT EXAMINATION ASSOC. LLC 240 REDTAIL ROAD, SUITE 9, ORCHARD PARK , NY  14127 | Unsecured | | $0.00 | $21,100.00 | $21,100.00 |
| 12 610 7100 | Dr. Chris Ferrante 67 daw LYNBROOK,  11563 | Unsecured | | $0.00 | $15,000.00 | $15,000.00 |
| 15 610 7100 | RACHEL SAPERSTEIN 47 PEARWOOD DRIVE, HUNTINGTON STATION, NY 11746 | Unsecured | | $0.00 | $40,940.00 | $40,940.00 |
| 16 610 7100 | ERIC LITTMAN, DC 2 WINGED FOOT DRIVE, LIVINGSTON , NJ  07039 | Unsecured | | $0.00 | $30,465.00 | $30,465.00 |
| 17 610 7100 | PREVENT-A-STRESS CHIROPRACTIC 300 ROSE LANE SMITHTOWN, NY  11787 | Unsecured | | $0.00 | $28,090.00 | $28,090.00 |
| 18 610 7100 | ENAR ASSOCIATES INC 6800 EAST GENESEE STRE FAYETTEVILLE , NY  13066 | Unsecured | | $0.00 | $34,576.35 | $34,576.35 |
| 19 610 7100 | Gerald M. Silverman 8 Truxton Road, DIX HILLS, NY  11746-1174 | Unsecured | | $0.00 | $19,515.00 | $19,515.00 |
| 20 610 7100 | SUPERIOR TRANSCRIBING SERVICE LLC 2920 AVENUE R STE BROOKLYN , NY  11229 | Unsecured | | $0.00 | $37,874.00 | $37,874.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-11868                                                                   Date: October 14, 2025
Debtor Name: Empire Stat Group LLC
Claims Bar Date: 3/7/2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 21 610 7100 | Argo Partners Claim 21 assigned by Michael Silver to Argo Partners 12 West 32nd Street Suite 900 New York, New York 10018 ECF No. 37 | Unsecured | Claim No. 9 assigned by Michael R. Silver to Argo Partners 12 West 32nd Street Suite 900 New York, New York 10018 ECF No. 37 | $0.00 | $24,715.00 | $24,715.00 |
| 22 610 7100 | HOWARD KIERNAN, MD 1661 OLD COUNTRY ROAD RIVERHEAD, NY  11901 | Unsecured | | $0.00 | $48,993.20 | $48,993.20 |
| 23 610 7100 | DANIEL NEWMAN,DC 15 WINCHESTER DR MONROE , NY  10950 | Unsecured | | $0.00 | $1,275.00 | $1,275.00 |
| 24 610 7100 | RONALD CSILLAG, DC 5 Elmwood Lane Syosset NY 11791 | Unsecured | | $0.00 | $75,780.00 | $75,780.00 |
| 25 610 7100 | Kevin Curley, MD 66 Kingsbury Road Garden City, NY  11530 | Unsecured | | $0.00 | $140,200.00 | $140,200.00 |
| 27 610 7100 | Joseph J. LaBarbera | Unsecured | | $0.00 | $116,881.91 | $116,881.91 |
| 28 610 7100 | YARONG WANG, LAC 2 PINE WEST PLAZ ALBANY , NY  12205 | Unsecured | | $0.00 | $1,400.00 | $1,400.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 19)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-11868                                                                                    Date: October 14, 2025
Debtor Name: Empire Stat Group LLC
Claims Bar Date: 3/7/2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 29<br>610<br>7100 | Argo Partners<br>corey A. Stein assigned Claim No.<br>29 to<br> Argo Partners<br>12 West 32nd Street<br>Suite 900<br>New York, New York 10018<br>ECF No. 36 | Unsecured | Corey A. Stein assigned Claim No. 29 to<br> Argo Partners<br>12 West 32nd Street<br>Suite 900<br>New York, New York 10018<br>ECF No. 36 | $0.00 | $2,750.00 | $2,750.00 |
| 30<br>610<br>7100 | Argo Partners<br>assigned by Henry S Partridge to<br>Argo Partners | Unsecured | | $0.00 | $2,220.00 | $2,220.00 |
| 31<br>610<br>7100 | TEAM REHAB PC<br>YOLANDA TROWBRIDGE<br> 94 CHESTNUT TREE HILL RD<br>SOUTHBURY, CT  06488 | Unsecured | | $0.00 | $9,050.00 | $9,050.00 |
| 32<br>610<br>7100 | Argo Partners<br>Walsh Messinger Services assigned<br>Claim No. 32 to<br> Argo Partners<br>12 West 32nd Street<br>Suite 900<br>New York, New York 10018<br>ECF No. 43 | Unsecured | claim assigned by WALSH MESSENGER SERVICE<br>to Argo Partners | $0.00 | $21,574.15 | $21,574.15 |
| 33<br>610<br>7100 | Dudick Chiropractic<br>377 Route 146, Clifton Park<br>Clifton Park , NY  12065-3404 | Unsecured | | $0.00 | $4,050.00 | $4,050.00 |
| 34<br>610<br>7100 | BENJAMIN NACHAMIE<br>1175 YORK AVENUE, APT 7D,<br>NEW YORK , NY  10065 | Unsecured | | $0.00 | $1,300.00 | $1,300.00 |
| 35<br>610<br>7100 | Philip J Cilio<br>967 Newbridge Road,<br>North Bellmore, NY  11710 | Unsecured | | $0.00 | $43,690.00 | $43,690.00 |
| 36<br>610<br>7100 | Argo Partners<br>assigned by Secured Shred to Argo<br>Partners ECF No. 52 | Unsecured | | $0.00 | $2,083.33 | $2,083.33 |

UST Form 101-7-TFR (5/1/2011) *(Page: 20)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 21-11868
Debtor Name: Empire Stat Group LLC
Claims Bar Date: 3/7/2022

Date: October 14, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 37<br>610<br>7100 | Argo Partners<br>Treeline Medical assigned Claim<br>No. 37 to<br> Argo Partners ECF No. 38<br>12 West 32nd Street<br>Suite 900<br>New York, New York 10018<br>ECF No. 38 | Unsecured | Treeline Medical assigned Claim No. 37 to<br> Argo Partners<br>12 West 32nd Street<br>Suite 900<br>New York, New York 10018<br>ECF No. 38 | $0.00 | $15,900.00 | $15,900.00 |
| 38<br>610<br>7100 | Ralph K. Della Ratta, MD<br>6 Rocklyn Court,<br>Huntington, NY 11743-3856 | Unsecured | | $0.00 | $5,280.00 | $5,280.00 |
| 42<br>610<br>7100 | Gary J. Florio | Unsecured | objection to claim<br>Dr. Florio appeared at hearing on 10/14/25 and demonstrated excusable neglect. | $0.00 | $147,810.00 | $147,810.00 |
| 39<br>650<br>7200 | Franklin A. Porter Ph. D.<br>5 West 86th Street<br>Apt. 3A<br>NY NY 10024-3663 | Unsecured | | $0.00 | $11,220.00 | $11,220.00 |
| 40<br>650<br>7200 | NYS Dept of Taxation and Finance<br>Bankruptcy Section PO Box 5300<br>Albany NY 12205-0300 | Unsecured | | $0.00 | $500.00 | $500.00 |
| | Case Totals | | | $0.00 | $1,934,528.99 | $1,934,528.99 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: October 14, 2025

UST Form 101-7-TFR (5/1/2011) *(Page: 21)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 21-11868
Case Name: Empire Stat Group LLC
Trustee Name: Angela G. Tese-Milner

Balance on hand                            $         1,119,127.36

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Angela G. Tese-Milner | $        57,272.05 | $        0.00 | $       57,272.05 |
| Trustee Expenses: Angela G. Tese-Milner | $           551.52 | $        0.00 | $           551.52 |
| Attorney for Trustee Fees: Tese & Milner | $      122,505.00 | $        0.00 | $      122,505.00 |
| Accountant for Trustee Fees: EisnerAmper Group | $      136,073.50 | $        0.00 | $      136,073.50 |
| Other: Archer | $           341.44 | $        0.00 | $           341.44 |
| Other: Archer & Griener PC | $      287,500.00 | $        0.00 | $      287,500.00 |
| Other: Eisner Amper Group | $        3,231.00 | $        0.00 | $        3,231.00 |
| Other: New York State Department of Taxation & Finance | $           100.00 | $        0.00 | $           100.00 |

Total to be paid for chapter 7 administrative expenses      $         607,574.51

Remaining Balance                                           $         511,552.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $31,675.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Cedar Glade LP | $ 13,650.00 | $ 0.00 | $ 13,650.00 |
| 5 | RAJ KRISHNAN, MD | $ 13,650.00 | $ 0.00 | $ 13,650.00 |
| 13 | CHIROPRACTIC ASSOC OF | $ 1,375.00 | $ 0.00 | $ 1,375.00 |
| 26 | WALTER FRICKE, MD | $ 3,000.00 | $ 0.00 | $ 3,000.00 |

Total to be paid to priority creditors $ 31,675.00

Remaining Balance $ 479,877.85

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,283,559.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MANAGED OUTSOURCE SOLUTIONS | $ 6,131.46 | $ 0.00 | $ 2,292.34 |
| 2 | Cedar Glade LP | $ 49,270.00 | $ 0.00 | $ 18,420.32 |
| 3 | Michael Levin, MD | $ 11,600.00 | $ 0.00 | $ 4,336.83 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Expert Medical Evaluations P.C. | $ 18,250.00 | $ 0.00 | $ 6,823.03 |
| 5 | RAJ KRISHNAN, MD | $ 181,200.00 | $ 0.00 | $ 67,744.32 |
| 6 | Argo Partners | $ 7,170.00 | $ 0.00 | $ 2,680.61 |
| 7 | Pitney Bowes Inc | $ 13,078.08 | $ 0.00 | $ 4,889.44 |
| 8 | Pitney Bowes Inc | $ 4,007.00 | $ 0.00 | $ 1,498.08 |
| 9 | Argo Partners | $ 72,990.00 | $ 0.00 | $ 27,288.40 |
| 10 | SEAN HIGGINS | $ 27,350.00 | $ 0.00 | $ 10,225.21 |
| 11 | INDEPENDENT EXAMINATION ASSOC. | $ 21,100.00 | $ 0.00 | $ 7,888.55 |
| 12 | Dr. Chris Ferrante | $ 15,000.00 | $ 0.00 | $ 5,607.97 |
| 15 | RACHEL SAPERSTEIN | $ 40,940.00 | $ 0.00 | $ 15,306.03 |
| 16 | ERIC LITTMAN, DC | $ 30,465.00 | $ 0.00 | $ 11,389.79 |
| 17 | PREVENT-A-STRESS CHIROPRACTIC | $ 28,090.00 | $ 0.00 | $ 10,501.87 |
| 18 | ENAR ASSOCIATES INC | $ 34,576.35 | $ 0.00 | $ 12,926.88 |
| 19 | Gerald M. Silverman | $ 19,515.00 | $ 0.00 | $ 7,295.97 |
| 20 | SUPERIOR TRANSCRIBING SERVICE LLC | $ 37,874.00 | $ 0.00 | $ 14,159.76 |
| 21 | Argo Partners | $ 24,715.00 | $ 0.00 | $ 9,240.07 |
| 22 | HOWARD KIERNAN, MD | $ 48,993.20 | $ 0.00 | $ 18,316.84 |
| 23 | DANIEL NEWMAN,DC | $ 1,275.00 | $ 0.00 | $ 476.68 |
| 24 | RONALD CSILLAG, DC | $ 75,780.00 | $ 0.00 | $ 28,331.48 |
| 25 | Kevin Curley, MD | $ 140,200.00 | $ 0.00 | $ 52,415.86 |
| 27 | Joseph J. LaBarbera | $ 116,881.91 | $ 0.00 | $ 43,698.04 |
| 28 | YARONG WANG, LAC | $ 1,400.00 | $ 0.00 | $ 523.41 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 29 | Argo Partners | $ 2,750.00 | $ 0.00 | $ 1,028.13 |
| 30 | Argo Partners | $ 2,220.00 | $ 0.00 | $ 829.98 |
| 31 | TEAM REHAB PC | $ 9,050.00 | $ 0.00 | $ 3,383.48 |
| 32 | Argo Partners | $ 21,574.15 | $ 0.00 | $ 8,065.82 |
| 33 | Dudick Chiropractic | $ 4,050.00 | $ 0.00 | $ 1,514.15 |
| 34 | BENJAMIN NACHAMIE | $ 1,300.00 | $ 0.00 | $ 486.02 |
| 35 | Philip J Cilio | $ 43,690.00 | $ 0.00 | $ 16,334.16 |
| 36 | Argo Partners | $ 2,083.33 | $ 0.00 | $ 778.88 |
| 37 | Argo Partners | $ 15,900.00 | $ 0.00 | $ 5,944.45 |
| 38 | Ralph K. Della Ratta, MD | $ 5,280.00 | $ 0.00 | $ 1,974.02 |
| 42 | Gary J. Florio | $ 147,810.00 | $ 0.00 | $ 55,260.98 |

Total to be paid to timely general unsecured creditors          $          479,877.85

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $11,720.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 39 | Franklin A. Porter Ph. D. | $ 11,220.00 | $ 0.00 | $ 0.00 |
| 40 | NYS Dept of Taxation and Finance | $ 500.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors          $          0.00

Remaining Balance          $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE